472 December 3, 2025 No. 1050

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BRETT ALLEN EDWARDS,
*Defendant-Appellant.*

Umatilla County Circuit Court
23CR07083; A183491

Christopher R. Brauer, Judge.

Submitted November 13, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Carla Edmondson, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Egan, Judge, and Pagán, Judge.

PER CURIAM

Affirmed. *State v. Hirsch/Friend*, 338 Or 622, 114 P3d 1104 (2005), *overruled on other grounds by State v. Christian*, 354 Or 22, 307 P3d 429 (2013); *State v. Ivey*, 342 Or App 649, 577 P3d 884 (2025); *State v. Parras*, 326 Or App 246, 531 P3d 711 (2023), *rev dismissed by order as improvidently granted*, March 4, 2025; *State v. Shelnutt*, 309 Or App 474, 483 P3d 53, *rev den*, 368 Or 206 (2021).